IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: SRC Liquidation LLC

---

| | | |
|---|---|---|
| EisnerAmper LLC | ) | |
| | ) | |
| Appellants, | ) | Civil Action No.  16-119-UNA |
| v. | ) | |
| | ) | |
| Robert M. Ginnan, Joseph P. Morgan Jr., | ) | Bankruptcy Case No. 15-10541 |
| Roy W. Begley, Jr., F. David Clarke, III | ) | ADV No. 15-50771 |
| John Q. Sherman, II, Julie D. Klapstein | ) | |
| John J. Schiff, Jr., and R. Eric McCarthey | ) | |
| Appellee, | ) | BAP No. 16-00011 |

## NOTICE OF DOCKETING

A Notice of Appeal of the following order of the Bankruptcy Court dated 2/19/16, was docketed in the District Court on 3/2/2016:

**ORDER**

In accordance with the Standing Order of the Court dated September 11, 2012, this case shall be referred to a United States Magistrate Judge to determine the appropriateness of mediation. Briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5. Upon the request of a Judge or a mediator, counsel shall supply paper copies of the designated record.

                                                    John A. Cerino
                                                    Clerk of Court

Date:  3/2/2016

To:  U.S. Bankruptcy Court Counsel