UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 17-3614
_____

IN RE: SRC LIQUIDATION LLC, et al.,
Debtors

EISNERAMPER LLC, not in its individual capacity but as Trustee of the
SRC Liquidating GUC Trust,
Appellant

v.

JOSEPH P. MORGAN, JR.; ROY W. BEGLEY, JR.; F. DAVID CLARKE, III;
JOHN Q. SHERMAN, II; JULIE D. KLAPSTEIN; JOHN J. SCHIFF, JR.;
ROBERT M. GINNAN; R. ERIC MCCARTHEY
_____

On Appeal from the United States District Court
for the District of Delaware
(No. 1-16-cv-00119)
District Judge: Honorable Leonard P. Stark, Chief Judge.

Submitted: September 25, 2018

Before: AMBRO, CHAGARES, and GREENAWAY, JR., Circuit Judges.

_____

JUDGMENT
_____

This cause came to be considered on appeal from the United States District Court

for the District of Delaware and was submitted on September 25, 2018.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the order of the District Court entered on November 16, 2017 is AFFIRMED. Costs are taxed against the appellant. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: April 1, 2019

**Certified as a true copy and issued in lieu of a formal mandate on** April 23, 2019

**Teste:** *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**